**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

AMY TORRES,                          *
                                     *
         Plaintiff,                  *
                                     *
    v.                               *        CV 625-083
                                     *
CPL. JONATHAN SIMPSON and            *
CHIEF SHANE BURKE,                   *
                                     *
         Defendants.                 *
                                     *
                                     *

_____

**O R D E R**

_____

Before the Court is Plaintiff and Defendant Burke's stipulation of dismissal. (Doc. 9.) The Parties jointly move for dismissal of all claims against Defendant Burke without prejudice. (Id. at 1.)

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted). The pending motion has been signed by all Parties; therefore, the Court finds dismissal of Defendant Burke is appropriate.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Burke. The Clerk is **DIRECTED** to **TERMINATE** Defendant Burke as a Party to this action, as well as all motions and deadlines pertaining to him (Doc. 8). Each Party shall bear its own costs and fees unless otherwise agreed. This

action shall remain pending in all respects as to Defendant Simpson.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA